UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

K<small>IYEL</small> J<small>USTIN</small> J<small>OHNSON</small> #807918,

    Plaintiff,

v.

U<small>NKNOWN</small> H<small>ARJU</small>, et al.,

    Defendants,

_____/

Hon. Robert J. Jonker

Case No. 2:22-cv-0213-RJJ-MV

## ORDER

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On April 26, 2023, an early mediation conference took place involving plaintiff. As a result of that mediation conference the parties have agreed to settle the matter in its entirety. (ECF No. 10). Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Kiyel Justin Johnson #807918, shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fee.

**IT IS SO ORDERED**.

Date: April 26, 2023

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge